**FIRST BUSINESS BANK OF KANSAS CITY, N.A., Plaintiff–Respondent,**

v.

**CENTURY CORRECTIONAL FACILITIES, INC., et al., Defendants,**

v.

**David L. REIZ, Defendant–Appellant.**

**No. WD 45455.**

Missouri Court of Appeals,
Western District.

Aug. 4, 1992.

Before LOWENSTEIN, C.J., and BERREY and FENNER, JJ.

ORDER

PER CURIAM:

An individual guarantor appeals from summary judgment entered in favor of the creditor of corporate debtor. Judgment affirmed. Rule 84.16(b).

**Linda J. RINDERER,
Claimant/Respondent,**

v.

**MAPLEWOOD EYE CARE GROUP,
Employer/Appellant.**

**No. 61457.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 11, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Sept. 14, 1992.

David R. Swimmer, Private Atty., Clayton, for employer/appellant.

Nancy R. Mogab, Mogab & Hughes, St. Louis, for claimant/respondent.

ORDER

PER CURIAM.

Employer appeals from an award to claimant by the Labor and Industrial Relations Commission. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).